IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA SMITH, as Special Administrator of the Estate of Brenda Wedding, Deceased and BUDDY WEDDING, Individually, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNION PACIFIC RAILROAD COMPANY, )<br>)<br>Defendant. ) | No. 05-4102-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  August 8, 2006**                              by:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**

- 1 -